UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO. 3:18MJ 240 (DFM) |
| v. | : | |
| | : | |
| ANTHONY MICKENS | : | FEBRUARY 20, 2018 |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

    ___ a crime of violence as defined in Title 18, United States Code, Section 3156;

    ___ an offense for which the maximum sentence is life imprisonment or death;

    _X_ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

    ___ any felony committed after the defendant has been convicted of two or more of the prior three offenses or two or more State or local offenses that would have been one of the prior three offenses if a circumstance giving rise to Federal jurisdiction had existed;

    _X_ a serious risk that the defendant will flee; and/or

1

      \_\_\_\_ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.    Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

      _X_       the defendant's appearance as required; and/or

      _X_       the safety of any other person and the community.

III.   Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

      \_\_\_\_ the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

      \_\_\_\_ an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

      \_\_\_\_ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

  __X__  there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), an offense under section 924(c), 956(a), or 2332b of Title 18 of the United States Code, or an offense involving a minor victim under section 1201, 1591, 2241, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425 of Title 18 of the United States Code.

IV. Time for Detention Hearing

The Government requests that the court conduct the detention hearing:

__X__ at the defendant's first appearance;

__X__ after a continuance of three days.

            Respectfully submitted,

            JOHN H. DURHAM
            UNITED STATES ATTORNEY

            */s/ Brian P. Leaming*

            BRIAN P. LEAMING
            ASSISTANT U.S. ATTORNEY
            Federal Bar No. ct16075
            450 Main Street
            Hartford, CT 06103
            (860) 947-1101

## CERTIFICATION OF SERVICE

This is to certify that the within and foregoing has been hand delivered this 20th day of February, 2018 to:

Ross Thomas, Esq.

/s/ Nancy Allen
BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY